UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROBERTO TORRES and
MYRIAM TORRES,

  Plaintiff,          CASE NO: 1:20-cv-23414-DPG

vs.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY
and C & D PLUMBING, INC.,

  Defendant.

_____/

**RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION TO SEVER CLAIMS AGAINT C & D PLUMBING, INC.**

Defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), responds to Plaintiffs' Motion for Extension of Time to File Response to Liberty Mutual Fire Insurance Company's Motion to Sever Claims Against C & D Plumbing, Inc.

**I. Background**

Liberty Mutual removed this matter on August 17, 2020. The Notice asserted that the citizenship of C & D Plumbing, Inc. should be disregarded because C & D Plumbing was misjoined. (DE 1.) On September 16, 2020, Plaintiff moved to remand. (DE 12.) On September 30, 2020, Liberty Mutual moved to sever the claims against C & D Plumbing. (DE 13.) Liberty Mutual also responded in opposition to the motion to remand. *Id*. Plaintiffs have requested an extension to respond to the motion to sever until 14 days after the court rules on the motion to remand. (DE 15.)

**II.     Argument**

Plaintiffs primarily request an extension "to avoid waste and promote judicial efficiency." (DE 15 at 2.) This is a goal shared by Liberty Mutual, and, should be shared by all litigants. That is why, for example, Liberty Mutual did not oppose an extension for Plaintiffs to respond to the motion to dismiss. (DE 10.)

The motion to sever, however, is intertwined with the motion to remand. When a non-diverse defendant is misjoined, the court must sever the claims against the non-diverse defendant and remand those claims to state court. *See e.g., Stone v. Zimmer, Inc.*, 09-80252-CIV, 2009 WL 1809990, at *5 (S.D. Fla. June 25, 2009); *M.W. v. Ford Motor Co.*, 8:14-CV-3132-T-24TBM, 2015 WL 1311029, at *4 (M.D. Fla. Mar. 24, 2015). Accordingly, this Court should decide the motion to remand and motion to sever simultaneously. For this reason, Liberty Mutual opposes the motion for extension.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
Email: mlavisky@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:     (813) 281-1900
Facsimile:     (813) 281-0900
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on October 21, 2020, on all counsel or parties of record.

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY